### CONWELL & NEAL v. ANDREW.

LEWIS, J.   There being sufficient evidence to sustain the verdict, and no material error of law having been committed, the Supreme Court will not interfere with the discretion of the trial judge in overruling the motion for a new trial; the charge he gave the jury fully and fairly covering the material issues involved.          *Judgment affirmed.   All the Justices concurring.*

Argued June 20,— Decided July 23, 1901.

Complaint.   Before Judge Proffitt.   City court of Elberton. August 28, 1900.

*Z. B. Rogers* and *Rogers & Rogers*, for plaintiffs.
*Joseph N. Worley*, for defendant.